UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

MORGAN BRYANT,

Defendant.

CASE NO. CR18-209 RSL

**DETENTION ORDER**

The Court has conducted a detention hearing under 18 U.S.C. § 3142(f), and concludes there are no conditions which the defendant can meet which would reasonably assure the defendant's appearance as required or the safety of any other person and the community.

**FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

Defendant is charged with aggravated sexual abuse, assault resulting in serious bodily injury, assault by strangulation, assault with a deadly weapon and domestic assault by a habitual offender. Defendant has a lengthy history of assaultive conduct with conviction in 2001, 2013, and twice in 2015. He is a danger to the community based upon his long standing pattern of violence. He is also a danger to the community based upon the government's proffer that the current charges involved four separate incidents of explosive and unpredictable violent acts.

It is therefore **ORDERED**:

DETENTION ORDER - 1

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall provide copies of this order to all counsel, the United States Marshal, and to the United States Probation and Pretrial Services Officer.

DATED this 10th day of September, 2018.

_____
BRIAN A. TSUCHIDA
Chief United States Magistrate Judge